IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE BADER, JEFFREY MIKULA, | : |
| Plaintiffs, for themselves and others similarly situated, | : : : 2:19-cv-00558-PLD : : |
| v. | : : |
| WILLIAM (BJ) WERZYN, and WEST SHORE WINDOW & DOOR, INC., d/b/a West Shore Home, | : : : |
| Defendants. | |

**JOINT MOTION FOR COURT APPROVAL
OF RELEASE AND SETTLEMENT AGREEMENT**

Plaintiffs, Jamie Bader ("Bader") and Jeffrey Mikula ("Mikula") (collectively, "Plaintiffs"), and Defendants, William (BJ) Werzyn ("Werzyn") and West Shore Window & Door, Inc. d/b/a West Shore Home ("West Shore") (collectively, "Defendants" and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, move this Honorable Court for an Order:

1. Approving the terms of the Release and Settlement Agreement between Plaintiffs and Defendants, attached to this Motion as *Exhibit A*.

2. Finding that the Release and Settlement Agreement was reached as a result of a bona fide dispute, followed by meaningful discovery and investigation conducted by counsel for both parties; the Release and Settlement Agreement is a result of an adversarial, arm's-length negotiation between the parties, and the terms of settlement are in all respects fair and equitable.

3. Ordering that the Parties must comply with the terms of the Release and Settlement Agreement.

4. Approving the gross settlement amount of $18,000 as agreed upon in the Release and Settlement Agreement.

5. Dismissing this action against Defendants and with prejudice, except that the Court will reserve exclusive and continuing jurisdiction over this action with respect to any further proceedings concerning the administration, implementation, enforcement, construction or consummation of the Release and Settlement Agreement.

6. In reaching the settlement set forth in the Release and Settlement Agreement, the Parties took into account all known facts, including the defenses asserted by Defendants, the risks of litigation, and the significant time delay to litigate this action. After thorough consideration of all those factors, the Parties, each represented by experienced and competent counsel, believe that the terms of settlement are fair, reasonable, and adequate resolution of this action.

7. A proposed Order is attached.

WHEREFORE, the Parties respectfully request that this Honorable Court enter the proposed order attached hereto to approve the release and settlement agreement.

Respectfully submitted,

| | |
|---|---|
| HOUSTON HARBAUGH, PC | BUCHANAN INGERSOLL & ROONEY PC |
| *s/*Craig M. Brooks | *s/* Thomas G. Collins |
| Craig M. Brooks, Esquire | Thomas G. Collins, Esquire |
| PA I.D. 33513 | PA I.D. 75896 |
| Three Gateway Center, 22nd Floor | 409 North Second Street, Suite 500 |
| Pittsburgh, PA 15222 | Harrisburg, PA 17101 |
| cbrooks@hh-law.com | thomas.collins@bipc.com |
| (412) 288-2214 | (717) 237-4843 |
| | |
| *Counsel for Plaintiff* | Gretchen Woodruff Root, Esquire |
| | PA I.D. 309683 |
| | Union Trust Building |
| | 501 Grant Street, Suite 200 |
| | Pittsburgh, PA 15219-4413 |
| | gretchen.root@bipc.com |
| | (412) 562-8872 |
| | |
| | *Counsel for Defendants* |

Dated: February 6, 2020

## CERTIFICATE OF SERVICE

I hereby certify that, on February 6, 2020, a true and correct copy of the foregoing Joint Motion for Court Approval of Release and Settlement Agreement was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties through their counsel of record identified on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Craig M. Brooks
Craig M. Brooks, Esquire