I IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE BADER, JEFFREY MIKULA, | : |
| Plaintiffs, for themselves and others similarly situated, | 2:19-cv-00558-PLD |
| v. | : : |
| WILLIAM (BJ) WERZYN, and WEST SHORE WINDOW & DOOR, INC., d/b/a West Shore Home, | : : : |
| Defendants. | |

**ORDER OF FINAL DISMISSAL**

AND NOW, this __7th__ day of February 2020, upon consideration of the Parties' Joint Motion for Court Approval of the Release and Settlement Agreement (the "Joint Motion") and the terms of the fully-executed Release and Settlement Agreement attached as Exhibit A to the Joint Motion, it is ORDERED that the Joint Motion is GRANTED, that the Release and Settlement Agreement is APPROVED, and that this action is DISMISSED in its entirety WITH PREJUDICE with each party to bear its own costs and attorneys' fees except as otherwise set forth in the Release and Settlement Agreement.

BY THE COURT:

s/ David S. Cercone
_____
Senior United States District Judge